# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number: (312) 269-1555
prender@JonesDay.com

October 9, 2012

**VIA E-MAIL WWW.CA9.USCOURTS.GOV**

Clerk of Court
Ninth Circuit Court of Appeals
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

      Re:    *In re Online DVD Rental Antitrust Litigation*, Nos. 12-15705, 12-15889, 12-15957, 12-15996, 12-16010, 12-16038

Dear Clerk of Court:

    I represent Wal-Mart Stores, Inc., and Walmart.com USA LLC, appellees in several appeals this Court consolidated under Case No. 12-15705, *Theodore H. Frank, et al. v. Netflix, Inc., et al.* The deadline for appellees' briefs is today. Wal-Mart Stores, Inc., and Walmart.com USA LLC do not intend to file appellees' briefs.

Very truly yours,

Paula W. Render

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DUBAI • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MEXICO CITY • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON